

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00363-CV

| | | |
|---|---|---|
| JUSTIN I ENTERPRISES, LLC D/B/A LONGMEADOW HEALTHCARE CENTER, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (23-10936-431) |
| V. | § | January 23, 2025 |
| KATY GIERCZAK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOSEPHINE CHATMAN, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Justin I Enterprises, LLC d/b/a Longmeadow Healthcare Center shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
      Justice Dabney Bassel